AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Haines, Randolph J. | 2. Court or Organization<br><br>UNITED STATES BANKRUPTCY COURT | 3. Date of Report<br><br>03/17/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>03/16/2014 |

| 7. Chambers or Office Address<br><br>230 North First Avenue<br>Suite 101<br>Phoenix, AZ 85003 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty | Sandra Day O'Connor College of Law (fka Arizona State University College of Law) (terminated eff. Dec. 2013) |
| 2. | President | ▨▨▨▨▨▨▨▨▨▨▨ |
| 3. | Director | ▨▨▨▨▨▨▨▨▨▨▨ |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 03/17/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Sandra Day O'Connor College of Law (teaching) | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Norton Bankruptcy Institute | Feb. 22 - 24, 2013 | Park City, Utah | Speaking at conference | Transportation, meals, and lodging |
| 2. | Norton Bankruptcy Institute | March 20 - 22, 2013 | Las Vegas, Nevada | Speaking at conference | Transportation, meals and lodging |
| 3. | National Association of Consumer Bankruptcy Attorneys | April 26, 2013 | San Diego, California | Speaking at conference | Transportation |
| 4. | Norton Bankruptcy Institute | June 27 - July 1, 2013 | Jackson Hole, Wyoming | Speaking at conference | Transportation, meals and lodging |
| 5. | Norton Bankruptcy Institute | Feb. 21-23, 2014 | Park City, Utah | Speaking at conference | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Haines, Randolph J.** | 03/17/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 03/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. --IRA #1 | F | Distribution | N | | | | | | |
| 2. SPDR Gold Tr Gold Shares ETF - GLD | | None | | | Sold | 02/27/13 | J | | |
| 3. -- | | | | | Sold (part) | 02/20/13 | J | | |
| 4. -- | | | | | Sold (part) | 01/15/13 | K | | |
| 5. Pimco FDS Real Est Real Return Strat FD - PETAX (Y) | | | | | | | | | |
| 6. Powershares Pharmaceuticals Port - PJP (Y) | | | | | | | | | |
| 7. SPDR Dow Jones REIT EFT - RWR (Y) | | | | | | | | | |
| 8. Rydex/SGI FDS High Yield - SIHAX (Y) | | | | | | | | | |
| 9. Touchstone FDS High Yield CL A - THYAX (Y) | | | | | | | | | |
| 10. DWS Global Inflation C - TIPAX (Y) | | | | | | | | | |
| 11. USAA Mut FD Inc High Yield OPPS - USHYX (Y) | | | | | | | | | |
| 12. Vanguard Info Tech Index - VGT (Y) | | | | | | | | | |
| 13. AMEX SPDR Utilities Select Index - XLU (Y) | | | | | | | | | |
| 14. SPDR S&P Retail ETF - XRT (Y) | | | | | | | | | |
| 15. Morgan Stanley Dean Witter Range ACRUL - 61745EW23 (Y) | | | | | | | | | |
| 16. Consumer Staples Select Sec - XLP (Y) | | | | | | | | | |
| 17. IShares Barclays 20+ Yr Tre - TLT (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 03/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IShares Barclays TIPS Bond - TIP (Y) | | | | | | | | | |
| 19. IShares JPMorgan USD Emergi - EMB (Y) | | | | | | | | | |
| 20. Mainstay Fds High Yield Cor - MHCAX (Y) | | | | | | | | | |
| 21. Mainstay Marketfield Fund - MFLDX. | A | Dividend | K | T | Sold (part) | 11/04/13 | K | D | |
| 22. -- | | | | T | Buy (add'l) | 03/15/13 | J | | |
| 23. Nicholas High Income FD - NNHIX (Y) | | | | | | | | | |
| 24. Permanent Perm Portfolio - PRPFX (Y) | | | | | | | | | |
| 25. PIMCO Fds Pac Invt Mgmt Ser - PASAX | A | Dividend | | | Sold | 02/11/13 | L | B | |
| 26. Pioneer High Income Municip - PIMAX | A | Dividend | | | Sold | 01/29/13 | K | A | |
| 27. Powershares DB Commodity In - DBC (Y) | | | | | | | | | |
| 28. Powershares QQQ Nasdaq 100 - QQQ (Y) | | | | | | | | | |
| 29. Sierra Core Retirement Fund - SIRRX (Y) | | | | | | | | | |
| 30. Spdr S&P 500 ETF TR - SPY (Y) | | | | | | | | | |
| 31. Babson Capital Blobal Short Duration High Yield Fund - BGH | D | Dividend | K | T | | | | | |
| 32. JPMorgan Intrepid Capital - ICMBX | | None | | | Sold | 01/17/13 | L | B | |
| 33. Pimco Income Fund - PIMIX | B | Dividend | | | Sold | 08/21/13 | L | | |
| 34. Pimco Stocksplus AR Short S - PSSAX | | None | | | Sold | 09/10/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 03/17/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- | | | | | Sold (part) | 09/05/13 | J | | |
| 36. -- | | | | | Buy (add'l) | 08/28/13 | K | | |
| 37. -- | | | | | Sold (part) | 07/09/13 | K | | |
| 38. -- | | | | | Buy (add'l) | 06/24/13 | K | | |
| 39. -- | | | | | Sold (part) | 01/11/13 | K | | |
| 40. Pimco Stocksplus AR Short Str - PSSDX | | None | | | Sold | 01/17/13 | K | | |
| 41. Angel Oak Multi-Strategy - ANGLX | A | Dividend | | | Sold | 03/15/13 | K | | |
| 42. -- | | | | | Buy | 02/14/13 | K | | |
| 43. Calvert High Yield Bond - CYBAX | A | Dividend | | | Sold | 03/15/13 | K | A | |
| 44. -- | | | | | Buy | 01/17/13 | K | | |
| 45. Gold & Special Minerals Fund - OPGSX | | None | | | Sold | 09/17/13 | K | | |
| 46. -- | | | | | Buy (add'l) | 09/05/13 | K | | |
| 47. -- | | | | | Buy | 08/27/13 | J | | |
| 48. Hennessy Focus Fund Inv CL - HFCSX | | None | | | Sold | 10/28/13 | K | B | |
| 49. -- | | | | | Sold (part) | 10/25/13 | J | | |
| 50. -- | | | | | Buy | 07/23/13 | K | | |
| 51. Invesco Global Real Estate - ASRAX | A | Dividend | | | Sold | 05/16/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 03/17/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- | | | | | Buy (add'l) | 03/15/13 | J | | |
| 53. -- | | | | | Buy | 01/22/13 | K | | |
| 54. Neuberger Berman Real Estate - NBRFX | A | Dividend | | | Sold | 06/24/13 | K | | |
| 55. -- | | | | | Buy | 05/17/13 | K | | |
| 56. Nuveen Preferred Securities - NPSAX | A | Dividend | | | Sold | 03/15/13 | J | | |
| 57. -- | | | | | Buy | 02/21/13 | J | | |
| 58. Ontrack Core Fund-Open End - OTRFX | A | Dividend | | | Sold | 01/08/14 | K | | |
| 59. -- | | | | | Sold (part) | 07/22/13 | K | | |
| 60. -- | | | | | Buy (add'l) | 02/12/13 | K | | |
| 61. -- | | | | | Buy | 02/04/13 | K | | |
| 62. Pimco Income Fund - PONAX | A | Dividend | | | Sold | 08/19/13 | J | | |
| 63. -- | | | | | Buy | 03/15/13 | J | | |
| 64. Pimco Int'l Stocksplus AR ST - PIPAX | A | Dividend | | | Sold | 10/17/13 | K | C | |
| 65. -- | | | | | Buy (add'l) | 09/10/13 | K | | |
| 66. -- | | | | | Sold (part) | 03/27/13 | L | | |
| 67. -- | | | | | Buy (add'l) | 03/15/13 | J | | |
| 68. -- | | | | | Sold (part) | 03/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 03/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- | | | | | Buy (add'l) | 01/22/13 | K | | |
| 70. -- | | | | | Buy | 01/11/13 | K | | |
| 71. Pimco Stocksplus Absolute R - PTOAX | A | Dividend | | | Sold | 08/28/13 | K | | |
| 72. -- | | | | | Sold (part) | 06/24/13 | K | | |
| 73. -- | | | | | Buy | 03/27/13 | L | | |
| 74. The Weitz Funds Partners VA - WPVLX | | None | L | T | Buy (add'l) | 01/08/14 | K | | |
| 75. -- | | | | | Sold (part) | 10/17/13 | K | C | |
| 76. -- | | | | | Buy (add'l) | 07/10/13 | L | | |
| 77. -- | | | | | Buy (add'l) | 03/15/13 | K | | |
| 78. -- | | | | | Buy | 03/07/13 | J | | |
| 79. Blackrock Fds High Yield Bond - BHYAX | B | Dividend | L | T | Buy (add'l) | 11/04/13 | K | | |
| 80. -- | | | | T | Buy | 09/27/13 | K | | |
| 81. American Funds New Economy F - ANFFX | B | Dividend | K | T | Buy (add'l) | 01/08/14 | K | | |
| 82. -- | | | | | Buy (add'l) | 11/04/13 | J | | |
| 83. -- | | | | | Buy | 09/11/13 | K | | |
| 84. Scotia Dynamic US Growth I - DWUGX | D | Dividend | L | T | Open | 11/1/13 | L | | |
| 85. -- | | | | | Merged (with line 84) | 11/01/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -- | | | | | Buy (add'l) | 10/29/13 | K | | |
| 87. -- | | | | | Buy (add'l) | 10/25/13 | J | | |
| 88. -- | | | | | Buy | 10/18/13 | K | | |
| 89. Henderson Funds Euro Focus Fd Cl A - HFEAX | A | Dividend | K | T | Buy | 10/18/13 | K | | |
| 90. --IRA 2 | | | K | T | | | | | |
| 91. Calvert FD High Yield BD - CYBAX | A | Dividend | | | Sold | 03/15/13 | J | A | |
| 92. -- | | | | | Buy | 01/22/13 | J | | |
| 93. Rydex/Security Income FD Hight Yield - SIHAX (Y) | | | | | | | | | |
| 94. Touchstone Invt TR - THYAX (Y) | | | | | | | | | |
| 95. DWS Global Inflation Fund C - TIPAX (Y) | | | | | | | | | |
| 96. Mainstay Fds High Yield Cor - MHCAX (Y) | | | | | | | | | |
| 97. Nicholas High Income FD Inc - NNHIX (Y) | | | | | | | | | |
| 98. Permanent Perm Portfolio - PRPFX - (Y) | | | | | | | | | |
| 99. Pioneer High Income Municip - PIMAX | A | Dividend | | | Sold | 01/29/13 | J | A | |
| 100. Sierra Core Retirement Fund - SIRRX (Y) | | | | | | | | | |
| 101. JPMorgan Intrepid Capital - ICMBX | | None | | | Sold | 01/17/13 | J | A | |
| 102. Marketfield Fund - MFLDX | A | Dividend | | | Sold | 03/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 03/17/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pimco All Asset A - PASAX | A | Dividend | | | Sold | 02/11/13 | J | A | |
| 104. Pimco Income Fund - PIMIX | A | Dividend | | | Sold | 08/21/13 | J | | |
| 105. Pimco Stocksplus Tr Short Stradedy D - PSSDX | | None | | | Sold | 01/17/13 | J | | |
| 106. Blackrock Fds High Yield Bond A - BHYAX | A | Dividend | J | T | Buy | 09/27/13 | J | | |
| 107. Scotia Dynamic US Growth I - DWUGX | A | Dividend | J | T | Open | 11/01/13 | J | | |
| 108. Dynamic US Growth Fund Class I - DWUGX | | None | | | Merged (with line 107) | 10/18/13 | J | | |
| 109. Nuveen Preferred Securities A - NPSAX | A | Dividend | | | Sold | 03/15/13 | J | A | |
| 110. -- | | | | | Buy | 02/21/13 | J | | |
| 111. Ontrack Core Fund - OTRFX | A | Dividend | | | Sold | 01/08/14 | J | A | |
| 112. -- | | | | | Buy | 02/04/13 | J | | |
| 113. Pimco FDS Income Fund A - PONAX | A | Dividend | | | Sold | 08/19/13 | J | | |
| 114. -- | | | | | Buy | 03/15/13 | J | | |
| 115. Gold & Special Minerals Fund - OPGSX | | None | | | Sold | 09/17/13 | J | | |
| 116. -- | | | | | Buy | 08/27/13 | J | | |
| 117. the Weitz Funds Partners VA - WPVLX | | None | J | T | Buy (add'l) | 01/08/14 | J | | |
| 118. -- | | | | T | Sold (part) | 10/17/13 | J | A | |
| 119. -- | | | | T | Buy | 03/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Haines, Randolph J. | 03/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Wells Fargo Bank, NA | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haines, Randolph J. | 03/17/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Randolph J. Haines**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544